**Order entered December 20, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01118-CV

### LV HIGHLAND CREDIT FEEDER FUND LLC, ET AL., Appellants

### V.

### HIGHLAND CREDIT STRATEGIES FUND, LP, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-08521**

## ORDER

We **GRANT** appellants' December 18, 2013 unopposed second motion for an extension

of time to file a brief.  Appellants shall file their brief on or before January 15, 2014.


/s/      ADA BROWN
JUSTICE